HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL UNDERWATER DIVE & EXPLORATIONS LLC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BOART LONGYEAR COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No. C16-1831-RAJ<br><br>ORDER |

This matter comes before the Court on Plaintiff Vernon W. Officer, Jr.'s Motion to Appoint Counsel. Dkt. # 15. Plaintiff has previously requested the appointment of counsel. Dkt. # 12. The Court denied Plaintiff's request. Dkt. # 14. The Court thus construes the instant motion as a motion for reconsideration. For the reasons that follow, the Court **DENIES** Plaintiff's motion.

"Motions for reconsideration are disfavored." LCR 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*

\\
\\
\\
\\

ORDER – 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff has not identified a manifest error or new facts or legal authority that necessitates reconsideration.  Accordingly, the Court **DENIES** Plaintiff's Motion to Appoint Counsel.  Dkt. # 15.

DATED this 5th day of April, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2