HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL UNDERWATER DIVE
& EXPLORATIONS LLC, *et al.*,

    Plaintiffs,

v.

BOART LONGYEAR COMPANY, *et al.*,

    Defendants.

Case No. C16-1831-RAJ

ORDER

This matter comes before the Court on Plaintiff Vernon W Officer, Jr.'s Motion for Extension to Show Cause and Serve Summons. Dkt. # 28. For the reasons that follow, the Court **DENIES** the motion and **DISMISSES without prejudice** this action against all defendants for Plaintiff's failure to prosecute.

The Court has described Plaintiff's allegations previously. Dkt. # 14. In short, Plaintiff alleges an array of misconduct by several individuals, private entities, and government institutions, including Boart Longyear Company ("BLC"), Richard P. Parkin, Ace American Insurance, Robert G. McCarthy, the Internal Revenue Service, and the Department of Homeland Security.

Plaintiff has not provided proof of service as to any defendant. The Court ordered him to do so by May 25, 2017 or it would dismiss the action against Defendants without prejudice. Dkt. # 26. Plaintiff instead filed a motion for time extension asserting that he is unable to accomplish service because he is incarcerated and rehashing his allegations at

ORDER – 1

length. Because Plaintiff has not provided proof of service in accordance with Federal Rule of Civil Procedure 4, the Court **DENIES** Plaintiff's motion (Dkt. # 28) and **DISMISSES without prejudice** this action against all defendants for Plaintiff's failure to prosecute.

DATED this 10th day of July, 2017.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2